No. 93–651. FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SHRADER & YORK ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 93–1313. WHITE *v.* RUNYON, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied. ▮

No. 93–1327. BRANCH ET AL. *v.* TUNNELL, INDIVIDUALLY AND AS SPECIAL AGENT OF THE BUREAU OF LAND MANAGEMENT. C. A. 9th Cir. Certiorari denied. ▮

No. 93–1358. JACKSON *v.* HOYLMAN ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 93–1422. WEISSICH ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–1446. CRETAN, WIDOW OF CRETAN, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 93–1471. SOMENSKI ET AL. *v.* COMPANHIA DE NAVEGACIO LLOYD BRASILEIRO. C. A. 3d Cir. Certiorari denied. ▮

No. 93–1475. WONG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–1522. MARAVILLA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮

No. 93–1540. MCNICHOLS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. ▮

No. 93–1560. HUFF ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–1564. ALASKA ET AL. *v.* UNITED STATES; and
No. 93–1639. UNITED STATES *v.* ALASKA ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 93–1582. LEBLANC ET AL. *v.* LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. Sup. Ct. La. Certiorari denied. ▮